```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_10/20/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SOURCECODE COMMUNICATIONS LLC,

                                    Plaintiff,                    **ORDER SCHEDULING**

                    -against-                                    **SETTLEMENT CONFERENCE**

PURPLEAIR, INC.,                                                 **22-CV-4742 (JSR)**

                                    Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A settlement conference in this matter is scheduled for **Friday, November 4, 2022 at**

**10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New

York.  Parties must attend in-person with their counsel.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-

conference submissions must be received by the Court no later than **October 28, 2022 by 5:00**

**p.m.**

        SO ORDERED.

Dated: October 20, 2022
        New York, New York

                                        _Kathrine H Parker_
                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge