```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SOURCECODE COMMUNICATIONS LLC,

                           Plaintiff,

          -against-

PURPLEAIR, INC.,

                           Defendant.
----------------------------------------------------------------X
```

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**22-CV-4742 (JSR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter scheduled for Friday, November 4, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, January 5, 2023 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 29, 2022 by 5:00 p.m.**

SO ORDERED.

Dated: October 25, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge